430 A.2d 1170

COMMONWEALTH of Pennsylvania, Appellee,

v.

**Wade PLAIR, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 3, 1981.

Decided July 2, 1981.

John H. Corbett, Jr., Paulette J. Balogh, Asst. Public Defenders, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Kathryn L. Simpson, Asst. Dist. Atty., Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION

PER CURIAM.

Judgment of sentence affirmed.